UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

Petitioner,

- against -

JPMM PAINTING, LLC,

Respondent.

26-cv-5462 (JGK)

**Order**

John G. Koeltl, District Judge:

The respondent's response to the Petition to Confirm Arbitration was due on August 6, 2026, but no response was filed. The time for the respondent's response to the petition is extended to August 21, 2026. The time for the petitioner's reply to any response is extended to September 2, 2026.

If the respondent fails to respond to the petition, the petition will be decided on the papers already submitted.

The petitioner should serve a copy of this Order on the respondent and file a proof of service by August 14, 2026.

SO ORDERED.

Dated: New York, New York
August 11, 2026

John G. Koeltl
United States District Judge